IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KYLE FULLERTON                                                    PLAINTIFF

V.                  Case No. 4:06CV00667 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                     DEFENDANT

## **JUDGMENT**

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 27th day of September, 2007.

                                             /s/ John F. Foster, Jr.
                                  UNITED STATES MAGISTRATE JUDGE